UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TRG ACCESSORIES, LLC<br><br>          Plaintiff,<br><br>v.<br><br>EAGLE CREEK, INC.,<br><br>          Defendant. | So Ordered<br><br>*[signature]*<br>USDJ<br>2/6/06<br><br>CASE NO. 4:05cv167 RWS |

## STIPULATED DISMISSAL

Plaintiff TRG Accessories, LLC and Defendant Eagle Creek, Inc. hereby dismiss this matter with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and the settlement entered into by the parties.

Dated: February 3, 2006

ARMSTRONG TEASDALE LLP

BY: /s/ Jeffrey H. Kass
John H. Quinn III, #4110
Jeffrey H. Kass, #60672
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
(314) 621-5070 (Telephone)
(314) 621-5065 (Facsimile)

ATTORNEYS FOR TRG ACCESSORIES, LLC

FISH AND RICHARDSON, P.C.

BY: /s/ David S. Shuman
David S. Shuman
John E. Gartman
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070 (Telephone)
(858) 678-5099 (Facsimile)

And

Michael R. Annis, #59616
Blackwell Sanders Peper Martin LLP
720 Olive Street, 24th Floor
St. Louis, MO 63101
(314) 345-6000 (Telephone)
(314) 345-6060 (Facsimile)

ATTORNEYS FOR EAGLE CREEK, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon counsel of record.

/s/ Jeffrey H. Kass